UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CATHERINE LILLY, | Case No. 2:16-CV-2687 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SYNCHRONY FINANCIAL, | |
| Defendant(s). | |

Presently before the court is the matter of *Lilly v. Synchrony Financial*, case number 2:16-cv-02687-JCM-VCF. On April 7, 2017, Magistrate Judge Ferenbach granted the parties' motion to stay the instant case. (ECF No. 19). A year later, on April 9, 2018, the court granted the parties' stipulation to submit to binding arbitration. (ECF Nos. 20; 21).

Since this court's order nearly two years ago, this case stagnated. No party has appeared. No documents or motions have been filed. The parties have not updated the court regarding the status of their binding arbitration.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file a stipulation to dismiss the instant action or a status report within seven (7) days of this order.

DATED February 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**